R. Bradford Huss, No. 71303
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:      (415) 788-3111
Facsimile:       (415) 421-2017
E-mail:           bhuss@truckerhuss.com
                       drudolph@truckerhuss.com

Joseph C. Faucher, No. 137353
TRUCKER ✦ HUSS
A Professional Corporation
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone:      (213) 537-1016
Facsimile:       (213) 537-1020
E-mail:           jfaucher@truckerhuss.com

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN,
INC., PERMANENTE PHYSICIANS
RETIREMENT PLAN FOR HAWAII
PERMANENTE MEDICAL GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEHRENDT, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., et al., <br><br> Defendants. | Case No. 16-cv-04825 (HSG) <br><br> **STIPULATION AND ORDER VOLUNTARILY DISMISSING DEFENDANT PERMANENTE PHYSICIANS RETIREMENT PLAN FOR HAWAII PERMANENTE MEDICAL GROUP** |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PERMANENTE PHYSICIANS RETIREMENT PLAN FOR HAWAII PERMANENTE MEDICAL GROUP; Case No. 16-cv-04825 (HSG)

1

163431.v1

It is hereby stipulated by Plaintiff Robert Behrendt, M.D. ("Plaintiff") and Defendants Kaiser Foundation Health Plan, Inc. and Permanente Physicians Retirement Plan for Hawaii Permanente Medical Group, by and through their counsel of record, that this lawsuit be dismissed, without prejudice, against Defendant Permanente Physicians Retirement Plan for Hawaii Permanente Medical Group only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: December 19, 2016        TRUCKER ✦ HUSS

By: /s/ Joseph C. Faucher
R. Bradford Huss
Joseph C. Faucher
Dylan D. Rudolph
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC., PERMANENTE PHYSICIANS RETIREMENT PLAN FOR HAWAII PERMANENTE MEDICAL GROUP

DATED: December 19, 2016        DINSMORE & SHOHL, LLP

By: /s/ Joshua M. Heinlein
Joshua M. Heinlein
Attorney for Plaintiff
ROBERT BEHRENDT, M.D.

I attest that I have obtained Mr. Heinlein's concurrence in the filing of this document.

DATED: December 19, 2016        By: /s/ Joseph C. Faucher
Joseph C. Faucher

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PERMANENTE PHYSICIANS RETIREMENT PLAN FOR HAWAII PERMANENTE MEDICAL GROUP; Case No. 16-cv-04825 (HSG)

2

163431.v1

**ORDER**

Having reviewed and considered the Joint Stipulation of the Parties, and good cause appearing therefor, it is hereby **ORDERED** that this lawsuit be dismissed, without prejudice, against Defendant Permanente Physicians Retirement Plan for Hawaii Permanente Medical Group only, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: December 20, 2016

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Judge

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT PERMANENTE PHYSICIANS RETIREMENT PLAN FOR HAWAII PERMANENTE MEDICAL GROUP; Case No. 16-cv-04825 (HSG)

3

163431.v1