R. Bradford Huss, No. 71303
Dylan D. Rudolph, No. 278707
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail: bhuss@truckerhuss.com
drudolph@truckerhuss.com

Joseph C. Faucher, No. 137353
TRUCKER ✦ HUSS
A Professional Corporation
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: (213) 537-1016
Facsimile: (213) 537-1020
E-mail: jfaucher@truckerhuss.com

Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEHRENDT, M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br><br>Defendants. | Case No. 16-cv-04825 (HSG)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by Plaintiff Robert Behrendt, M.D. ("Plaintiff") and Defendant Kaiser Foundation Health Plan, Inc. by and through their counsel of record, that this lawsuit dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties will bear their own costs and attorneys' fees.

DATED: April 7, 2017        TRUCKER ✦ HUSS

By: /s/ Joseph C. Faucher
R. Bradford Huss
Joseph C. Faucher
Dylan D. Rudolph
Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

DATED: April 7, 2017        DINSMORE & SHOHL, LLP

By: /s/ Joshua M. Heinlein
Joshua M. Heinlein
Attorney for Plaintiff
ROBERT BEHRENDT, M.D.

Pursuant to Local Rule 5-1(i)(3), Joseph C. Faucher hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 7, 2017        By: /s/ Joseph C. Faucher
Joseph C. Faucher

**ORDER**

Having reviewed and considered the Joint Stipulation of the Parties, and good cause appearing therefor, it is hereby **ORDERED** that this lawsuit be dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties will bear their own costs and attorneys' fees.

Dated: April 10, 2017

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Judge

165714.v1